ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Sea Cycle Construction Company | ) | ASBCA No. 60677 |
| | ) | |
| Under Contract No. W91B4L-10-C-0229 | ) | |

APPEARANCE FOR THE APPELLANT:            Mr. Shaeen
                                          Director

APPEARANCES FOR THE GOVERNMENT:          Raymond M. Saunders, Esq.
                                          Army Chief Trial Attorney
                                         MAJ Bruce L. Mayeaux, JA
                                         CPT Matthew A. Freeman, JA
                                          Trial Attorneys

## ORDER OF DISMISSAL

On 12 September 2016, the government moved to dismiss appellant's appeal for lack of jurisdiction alleging that appellant had failed to submit a claim to a contracting officer. The government has provided appellant with the contact information for the contracting office assigned to appellant's contract. By email dated 15 September 2016, appellant stated it agreed with the government's motion and indicated it wishes to submit its claim to the contracting officer. By Order dated 22 September 2016, the Board informed the parties that it intended to dismiss this appeal unless either party objected within 14 days of the date of the Order. Both parties have notified the Board that they do not object to dismissal.

Accordingly, this appeal is dismissed without prejudice to the contractor's submittal of a claim to the contracting officer.

Dated: 26 September 2016

                                         MARK N. STEMPLER
                                         Administrative Judge
                                         Acting Chairman
                                         Armed Services Board
                                         of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60677, Appeal of Sea Cycle Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals